```
ADRIANA G. FRALICK, ESQ.
Nevada Bar No. 9392
2030 E. Flamingo, Ste. 125
Las Vegas, Nevada 89119
(702) 523-9525
(702) 486 7252 Facsimile
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANETH MALDONADO URREA, | Case No.: CV-S-05-1284-KJD-GWF |
| Petitioner, | |
| vs. | |
| JUAN MANUEL NAVARRETE SUATEGUY, | |
| Respondent. | |

## ORDER

TO: **UNITED STATES CUSTOMS AND BORDER PROTECTION
PORT OF ENTRY DIRECTOR OR PERSON IN CHARGE
NOGALES SERVICE PORT
9 NORTH GRAND AVENUE
NOGALES, ARIZONA 85621**

It is hereby ordered that a visa waiver or any other permit of entry into the United States be issued to Janeth Maldonado Urrea for the purpose of attending a mandatory hearing concerning her daughter and the issue of Ms. Maldonado's petition brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 and its implementing legislation, the

Order - 1

1  International Child Abduction Remedies Act, 42 U.S.C. §§ 11601-
2  11610.
3      The hearing on the above-entitled matter is set for
4  **Wednesday, November 23, 2005 at 9:00 a.m.** The hearing will be
5  held at the Lloyd D. George United States Courthouse, United
6  States District Court, 333 Las Vegas Blvd. South, Las Vegas,
7  Nevada, in Court Room 6 D, before the Honorable Judge Kent J.
8  Dawson.

11     DATED this 22nd day of November, 2005.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

ADRIANA G. FRALICK, ESQ.
Nevada Bar No. 9392
2030 E. Flamingo, Ste. 125
Las Vegas, Nevada 89119
(702) 523-9525
(702) 486 7252 Facsimile

Order - 2

```
*************** -COMM. JOURNAL- ****************** DATE NOV-22-2005 ****** TIME 12:05 *** P.01


       MODE = MEMORY TRANSMISSION                    START=NOV-22 12:04    END=NOV-22 12:05

       FILE NO.= 161

  STN    COMM.    ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
  NO.             ABBR. NO.

  001    OK       a             915202871421                                003/003    00:00:44


  ************************************** -                      - *****  -                     - *********
```

DATE:   November 22, 2005

TO:     Peggie Vannozzi

FROM:   Adriana Fralick

RE:     Janeth Maldonado Urrea vs. Juan Manuel Navarrete Suateguy

PAGES:  3 including this page

Please fax back signed order to 496-7252. Fax to border & customs if needed is 520-287-1421. Thank you.

486-7252

```
************* -COMM. JOURNAL- ******************* DATE NOV-22-2005 ***** TIME 12:02 *** P.01


        MODE = MEMORY TRANSMISSION              START=NOV-22 12:01    END=NOV-22 12:02

        FILE NO.= 159

   STN   COMM.    ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
   NO.            ABBR. NO.

   001   OK       â             94867252                                    003/003    00:20:53


   ****************************************** -              - *****  -                 - *********

                                              Nevada Commiss on On Ethics    12 4/ 20 p m   11-22-2005      1/3
```

DATE: November 22, 2005

TO: Peggie Vannozzi

FROM: Adriana Fralick

RE: Janeth Maldonado Urrea vs. Juan Manuel Navarrete Suateguy

PAGES: 3 including this page

Please fax back signed order to 496-7252. Fax to border & customs if needed is 520-287-1421. Thank you.

486-7252